Form B6B - (10/89)                                                            1998 USBC, Central District of California

| In re **Sheryl Ann Fenn** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account HSBC (This account is overdrawn by @ $10,000). | | 0.00 |
| | | Money Market Account HSBC | | 0.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Debtor has a deposit with her current landlord which is to be used as last month's rent. | | 3,800.00 |
| | | Debtor has a security deposit with her prior landlord Phillip Kash in the sum of $7,000.00. Debtor breached this 2 year lease and the landlord will presumably offset claim against security deposit. | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods, furniture & electronics, etc. | | 2,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes | | 700.00 |
| 7. Furs and jewelry. | | Miscellaneous jewelry and watches | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor has a term life insurance policy with Northwestern Mutual. There is no cash value to this policy | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Debtor is a vested member of the SAG retirement plan. This plan is an approved retirement plan and is not property of this bankruptcy estate. | | 0.00 |
| | | Debtor participates in a profit sharing plan through her corporation, Baby Doll, Inc. This plan has no cash value. | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor is the 100% shareholder of Baby Doll, Inc., a company which serves as a loan out entity for Debtor's acting career. | | Unknown |

Form B6B - (10/89)                                                                                                            1998 USBC, Central District of California

| In re **Sheryl Ann Fenn** | Debtor. | Case No.: | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **BMW X5 3.0i (auto lease)** | | unknown |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Form B6B - (10/89)                                                                                                    1998 USBC, Central District of California

| In re **Sheryl Ann Fenn** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **Residuals. Debtor is an actress. She, or her loan out company, receives residuals each year of approximately $5,000 after taxes and pauments to agents; which sum is used for living expenses.** | | 5,000.00 |
| | | __2__   continuation sheets attached | | $ 12,800.62 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)