Form B6C - (6/90)                                                          1998 USBC, Central District of California

| In re  Sheryl Ann Fenn | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).    Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| BMW X5 3.0i (auto lease) | C.C.P. § 703.140(b)(2) | 2,775.00 | unknown |
| Checking Account HSBC (This account is overdrawn by @ $10,000). | C.C.P. § 703.140(b)(1) | 0.00 | 0.00 |
| Clothes | C.C.P. § 703.140(b)(3) | 700.00 | 700.00 |
| Debtor has a deposit with her current landlord which is to be used as last month's rent. | C.C.P. § 703.140(b)(1) | 3,800.00 | 3,800.00 |
| Debtor is a vested member of the SAG retirement plan. This plan is an approved retirement plan and is not property of this bankruptcy estate. | C.C.P. § 703.140(b)(1) | 0.00 | 0.00 |
| Miscellaneous household goods, furniture & electronics, etc. | C.C.P. § 703.140(b)(3) | 2,800.00 | 2,800.00 |
| Miscellaneous jewelry and watches | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |
| Money Market Account HSBC | C.C.P. § 703.140(b)(1) | 0.62 | 0.62 |
| Residuals. Debtor is an actress. She, or her loan out company, receives residuals each year of approximately $5,000 after taxes and paumentss to agents; which sum is used for living expenses. | C.C.P. § 703.140(b)(1) | 5,000.00 | 5,000.00 |