Form B6D - (Rev. 6/90)                                                                                    1998 USBC, Central District of California

| In re | **Sheryl Ann Fenn** | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4000298015<br>BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103 | | | 07/01/2003<br>Security Agreement<br>BMW X5 3.0i (auto lease)<br><br>VALUE: unknown | | | | 3,764.58 | 0.00 |
| ACCOUNT NO. 569-753724<br>Internal Revenue Service<br>Ogden, UT 84201-0030 | | | 04/11/2003<br>Tax Lien<br>Federal Tax Lien, FYE 2000 on Debtor's personal property<br><br>VALUE $7,800.00 | | | | 31,342.19 | 23,542.19 |

0 Continuation sheets attached

Subtotal (Total of this page)  $35,106.77
Total  $35,106.77

(Report total also on Summary of Schedules)