B6E
(Rev.4/98)

In re: **Sheryl Ann Fenn**  ,  Case No.  
                Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re: **Sheryl Ann Fenn**_____, Case No. _____
       Debtor                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br>Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, California 94267-0001 | | | 05/01/2003<br>Taxes owed for year 2002 | | | | 23,375.00 | 23,375.00 |
| ACCOUNT NO. 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<br>Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, California 94267-0001 | | | 05/01/2003<br>Taxes owed for year 2001 | | | | 17,893.00 | 17,893.00 |
| ACCOUNT NO. 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<br>Internal Revenue Service<br>Ogden, UT 84201-0030 | | | 05/01/2003<br>Taxes owed for year 2002 | | | | 33,103.00 | 33,103.00 |
| ACCOUNT NO. 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<br>Internal Revenue Service<br>Ogden, UT 84201-0030 | | | 05/01/2003<br>Taxes owed for year 2001 | | | | 27,161.00 | 27,161.00 |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

          Subtotal ➤ **$101,532.00**
(Total of this page)

          Total ➤ **$101,532.00**
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)