Form B6F (Official Form 6F) - (Rev. 9/97)                                                               1998 USBC, Central District of California

| In re | **Sheryl Ann Fenn** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5329058033154312 <br><br>AAA Financial Services<br>P.O. Box 15137<br>Wilmington, DE 19886-5137<br><br><br>NCO Financial Systems, Inc.<br>P.O. Box 2617<br>Dept. 64<br>Guasti, California 91743 | | | 06/26/2003<br>Credit Card | | | | 5,413.03 |
| ACCOUNT NO.<br><br>Academy Messenger Service<br>8383 Wilshire Blvd., Suite 102<br>Beverly Hills, California 90211 | | | 06/17/2003<br>guaranty of business debt | | | | 147.00 |
| ACCOUNT NO.  372878153003008 <br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001<br><br><br>Nationwide Credit Line<br>3600 E. University Drive, #B-1350<br>Phoenix, AZ 85034 | | | 01/01/2002<br>Credit card | | | | 1,178.97 |
| ACCOUNT NO.  53822 <br><br>American Federation of TV & Radio<br>5757 Wilshire Boulevard, 9th Floor<br>Los Angeles, California 90036 | | | 05/01/2003<br>Union dues | | | | 576.11 |

11   Continuation sheets attached

Subtotal  ➤   $7,315.11

Total  ➤

Form B6F (Official Form 6F) - (Rev. 9/97)  
1998 USBC, Central District of California

| In re | Sheryl Ann Fenn | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Anthem Entertainment<br>16501 Ventura Blvd., #304<br>Encino, California 91436 | | | 05/19/2003<br>Management fees | | | | 430.84 |
| ACCOUNT NO. 0001216498<br>Arrowhead<br>2767 E. Imperial Highway<br>Brea, California 92821 | | | 07/10/2003<br>Services provided | | | | 46.10 |
| ACCOUNT NO. 5396819000528285<br>AT&T Universal Card<br>P.O. Box 6908<br>The Lakes, NV 88901-6908 | | | 06/11/2003<br>Credit card | | | | 10,875.10 |
| ACCOUNT NO. 027-50022300<br>AT&T Wireless<br>P.O. Box 78224<br>Phoenix, Arizona 85062-8224 | | | 05/07/2003<br>Services provided | | | | 256.81 |
| ACCOUNT NO.<br>Atlas Entertainment<br>16501 Ventura Blvd., #304<br>Encino, California 91436 | | | 04/15/2003<br>Manager fees | | | | 2,598.00 |

Sheet no. 1 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) **$14,206.85**

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                  1998 USBC, Central District of California

| In re | **Sheryl Ann Fenn** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Baby Doll, Inc.<br>16501 Ventura Blvd., #304<br>Encino, California 91436 | | | 01/01/2002<br>Profit sharing plan | | | | 43,912.30 |
| ACCOUNT NO.<br>Baby Doll, Inc.<br>16501 Ventura Blvd., #304<br>Encino, California 91436 | | | 06/22/2003<br>Loan from company to Debtor | | | | 7,262.63 |
| ACCOUNT NO.<br>Body Maxx PTC<br>8474 West Third Street, Suite 110<br>Los Angeles, California 90048 | | | 07/02/2003<br>Personal Trainer | | | | 300.00 |
| ACCOUNT NO.<br>Canine Care-A-Van, Inc.<br>P.O. Box 57015<br>Sherman Oaks, California 91413 | | | 01/16/2002<br>Services provided | | | | 2,863.90 |
| ACCOUNT NO.  4271382069575039<br>Citibank Advantage<br>P.O. Box 6402<br>The Lakes, NV 88901-6402<br><br>National Financial Systems, Inc.<br>600 W. John Street<br>P.O. Box 9046<br>Hicksville, NY 11801 | | | 07/16/2003<br>Credit card | | | | 12,791.72 |

Sheet no. 2 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $67,130.55

Total
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                                1998 USBC, Central District of California

| In re | Sheryl Ann Fenn | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8774100041291936 <br> Comcast <br> 6695 Green Valley Circle <br> Culver City, CA 90230-7024 | | | 07/15/2003 <br> Cable | | | | 204.56 |
| ACCOUNT NO. <br> Cynthia Campos-Greenberg <br> 16501 Ventura Blvd., #304 <br> Encino, California 91436 | | | 06/27/2003 <br> Money loaned | | | | 600.00 |
| ACCOUNT NO. F5031-0099 <br> Edelstein, Laird & Sobel, LLP <br> 9255 Sunset Boulevard <br> Los Angeles, California 90069 | | | 07/01/2003 <br> Attorney's fees | | | | 1,200.58 |
| ACCOUNT NO. 4226165 <br> Gelsons Markets <br> P.O. Box 30490 <br> Los Angeles, California 90030-0490 | | | 07/21/2003 <br> Charge card services | | | | 8,550.49 |
| ACCOUNT NO. <br> Gina Gonzalez-Glubok DDS <br> 900 Wilshire Boulevard, #440 <br> Santa Monica, California 90401 | | | 07/01/2003 <br> Dentist/ Services provided | | | | 3,213.12 |

Sheet no. 3 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $13,768.75

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                1998 USBC, Central District of California

| In re | Sheryl Ann Fenn | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 178725196 <br> HSBC <br> 445 N. Bradford <br> Beverly Hills, CA 90210 | | | 07/21/2003 <br> Overdrawn checking account | | | | 10,000.00 |
| ACCOUNT NO. <br> ICM <br> 8942 Wilshire Boulevard <br> Beverly Hills, CA 90211 | | | 04/14/2003 <br> Agent commissions owed | | | | 6,598.00 |
| ACCOUNT NO. 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 <br> Internal Revenue Service <br> Ogden, UT 84201-0030 | | | 06/30/2003 <br> Taxes owed for year 1996 | | | | 186,884.86 |
| ACCOUNT NO. 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 <br> Internal Revenue Service <br> Ogden, Utah 84201-0030 | | | 06/01/2003 <br> Taxes owed for year 1995 | | | | 48,304.80 |
| ACCOUNT NO. PO 375526 <br> J. Randall Davis, DDS <br> 4640 Admiralty Way, #101 <br> Marina Del Rey, CA 90292-6626 | | | 03/01/2003 <br> Medical services provided | | | | 185.00 |

Sheet no. 4 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $251,972.66

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                    1998 USBC, Central District of California

| In re | **Sheryl Ann Fenn** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4031-G<br>Jay N. Gordon, M.D.<br>901 Montava Avenue, Suite C<br>Santa Monica, California 90403 | | | 02/24/2003<br>Medical services provided | | | | 505.00 |
| ACCOUNT NO. 3804<br>Jim Blechman, M.D.<br>1137 2nd Street, #110<br>Santa Monica, California 90403-5071 | | | 06/17/2003<br>Medical services provided | | | | 611.00 |
| ACCOUNT NO.<br>L.A.'s Education Station<br>292 S. La Cienega Blvd., Ste. 322<br>Beverly Hills, CA 90211 | | | 08/01/2002<br>Tutoring for Debtor's son | | | | 540.00 |
| ACCOUNT NO. 4226386511836<br>LA Department of Water & Power<br>P.O. Box 10210<br>Van Nuys, CA 91410-0210 | | | 06/01/2003<br>Services provided | | | | 303.63 |
| ACCOUNT NO.<br>Leigh Kilton-Smith<br>2140 Beech Knoll Road<br>Los Angeles, California 90046 | | | 07/01/2003<br>Acting Coach Fees | | | | 6,300.00 |

Sheet no. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) **$8,259.63**

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                                 1998 USBC, Central District of California

| In re | **Sheryl Ann Fenn** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Linda Boverman, M.A.<br>1341-B N. Olive Drive<br>West Hollywood, California 90069 | | | 04/24/2003<br>Speech therapist fees | | | | 375.00 |
| ACCOUNT NO. 823 985 275 2<br>MCFC National Bank (Mobil/Exxon)<br>P.O. Box 4555<br>Crlstrm, IL 60197-4555 | | | 06/26/2003<br>Charge card purchases | | | | 125.37 |
| ACCOUNT NO. 0429988178901<br>Neiman Marcus<br>1201 Elm Street<br>27th Floor, Dept. 425<br>Dallas, Texas 75270 | | | 01/01/2002<br>Charge card purchases | | | | 3,547.25 |
| ACCOUNT NO. 7744668<br>Orkin Exterminating<br>22010 Wilmington Avenue, Ste. 307<br>Carson, California 90745-4393 | | | 04/01/2003<br>Services provided | | | | 144.00 |
| ACCOUNT NO. 04954<br>Petville Animal Hospital<br>12108 Venice Boulevard<br>Los Angeles, California 90066-3812 | | | 07/01/2003<br>Services provided | | | | 44.24 |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     $4,235.86

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                  1998 USBC, Central District of California

| In re | Sheryl Ann Fenn | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Phillip Kash <br> 17133 Orozco Street <br> Granada Hills, CA 91344 | | | 08/01/2003 <br> unpaid rent | | | | unknown |
| ACCOUNT NO. <br> Sandra Breiding <br> 11929 Venice Boulevard, #217 <br> Los Angeles, CA 90066 | | | 05/01/2003 <br> services provided | | | | 3,000.00 |
| ACCOUNT NO. 19230302101 <br> Southern California Gas Company <br> P.O Box C <br> Monterey Park, CA 91756 | | | 07/01/2003 <br> Services provided | | | | 164.26 |
| ACCOUNT NO. 0389601723 <br> State Farm Insurance Companies <br> 31303 Agoura Road <br> Westlake Village, CA 91363-4635 | | | 07/01/2003 <br> Insurance premiums | | | | 986.25 |
| ACCOUNT NO. <br> Susanlinn Gibson | | | 02/24/2002 <br> Services provided | | | | 6,000.00 |

Sheet no. 7 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     $10,150.51

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                    1998 USBC, Central District of California

| In re | **Sheryl Ann Fenn** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Talent Entertainment Group<br>9111 Wilshire Boulevard<br>Beverly Hills, California 90210 | | | 11/01/2001<br>Manager fees | | | | 5,250.00 |
| ACCOUNT NO.<br>The Country School<br>5243 Laurel Canyon Boulevard<br>N. Hollywood, CA 91607 | | | 07/01/2003<br>Education for son | | | | 330.00 |
| ACCOUNT NO.<br>The K&M Center<br>1454 Cloverfield Blvd., Ste. 210<br>Santa Monica, CA 90404 | | | 01/01/2003<br>Tutoring for son | | | | 330.00 |
| ACCOUNT NO. 6936E0000005487338<br>The Odyssey Program<br>3504 Las Flores Cyn<br>Malibu, California 90265<br><br>Transworld Systems Collection<br>5880 Commerce Boulevard<br>Rohner Park, CA 84928 | | | 05/01/2003<br>Education/schooling for Debtor's son | | | | 4,710.00 |
| ACCOUNT NO.<br>Time of Your Life<br>aka In Entertainment, Inc.<br>16501 Ventura Blvd., #304<br>Encino, CA  91436 | | | 02/01/2003<br>Services provided | | | | 1,000.00 |

Sheet no. __8__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)   **$11,620.00**

Total ➢
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                      1998 USBC, Central District of California

In re **Sheryl Ann Fenn**
                                                        Debtor.

Case No.:
                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 17102<br>Trina A. Stacey, D.C.<br>1821 Wilshire Blvd., #500<br>Santa Monica, California 90403 | | | 03/15/2003<br>Medical services provided | | | | 15.00 |
| ACCOUNT NO. 2 4408 0362<br>Union 76<br>P.O. Box 52202<br>Phoenix, AZ 85072-2202 | | | 06/15/2003<br>Charge card purchases | | | | 915.18 |
| ACCOUNT NO. 4833492000342034<br>US Bancorp Card Services<br>P.O. Box 790408<br>St. Louis, MO 63179 | | | 11/01/2002<br>Credit card purchases | | | | 9,520.72 |
| ACCOUNT NO. 4719010114190013<br>US Bank/Rocky Mountain<br>P.O. Box 790408<br>St. Louis, MO 63179 | | | 01/01/2002<br>Credit card purchases | | | | 2,108.03 |
| ACCOUNT NO.<br>UTTA<br>9730 Wilshire Boulevard, #207<br>Beverly Hills, CA 90212 | | | 10/01/2002<br>Services provided | | | | 862.50 |

Sheet no. 9 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $13,421.43

Total ➤
(Use only on last page of the completed Schedule F.)

Case 2:03-bk-35712-EC    Doc 11-1    Filed 10/01/03    Entered 10/03/03 00:00:00    Desc
Main Document    Page 11 of 12

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                  1998 USBC, Central District of California

| In re | Sheryl Ann Fenn | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>V4 Video, Inc.<br>8170 Beverly Boulevard, #106<br>Los Angeles, California 90048-4533 | | | 05/01/2003<br>Services provided | | | | 124.49 |
| ACCOUNT NO. 56785<br>VCA West Los Angeles<br>1818 Sepulveda Boulevard<br>Los Angeles, CA 90025 | | | 02/01/2003<br>Pet services | | | | 181.36 |
| ACCOUNT NO. 01 1748 11028 19069<br>Verizon<br>P.O. Box 30001<br>Inglewood, California 90313-0001 | | | 06/16/2003<br>Services provided | | | | 262.77 |
| ACCOUNT NO. 5418282152297221<br>Wells Fargo Card<br>P.O. Box 30086<br>Los Angeles, CA 90030 | | | 05/01/2003<br>Credit card purchases | | | | 5,401.24 |
| ACCOUNT NO. 4465420000515858<br>Wells Fargo Card<br>P.O. Box 29486<br>Phoenix, AZ 85038-9486 | | | 04/01/2003<br>Credit card purchases | | | | 8,330.25 |

Sheet no. 10 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ **$14,300.11**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)　　　　　　　　　　　　　　　　　　　　　　　　　　1998 USBC, Central District of California

| In re | Sheryl Ann Fenn | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 080-2303164 <br> Wells Fargo Card <br> 10789 W. Pico Boulevard <br> Los Angeles, California 90064 | | | 04/01/2003 <br> Credit card purchases | | | | 368.78 |

Sheet no. 11 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ **$368.78**

Total ➤ **$416,750.24**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)