Form B6G - (10/89)  1995 USBC, Central District of California

| In re | Sheryl Ann Fenn | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103 | Car lease |
| Sumie Mishima and Leslie Militzek<br>1556 N. Fairfax<br>Los Angeles, CA 90046 | Residential lease |