Sheryl Ann Fenn
c/o Geibelson, Young & Company
16501 Ventura Blvd., Suite 304
Encino, CA  91436

J. Bennett Friedman, Esq.
Hamburg, Karic, Edwards & Martin LL
1900 Avenue of the Stars, Suite 180
Los Angeles, California  90067

Jay N. Gordon, M.D.
901 Montava Avenue, Suite C
Santa Monica, California 90403

AAA Financial Services
P.O. Box 15137
Wilmington, DE 19886-5137

Academy Messenger Service
8383 Wilshire Blvd., Suite 102
Beverly Hills, California 90211

American Express
Box 0001
Los Angeles, CA 90096-0001

American Federation of TV & Radio
5757 Wilshire Boulevard, 9th Floor
Los Angeles, California 90036

Anthem Entertainment
16501 Ventura Blvd., #304
Encino, California 91436

Arrowhead
2767 E. Imperial Highway
Brea, California 92821

AT&T Universal Card
P.O. Box 6908
The Lakes, NV 88901-6908

AT&T Wireless
P.O. Box 78224
Phoenix, Arizona 85062-8224

Atlas Entertainment
16501 Ventura Blvd., #304
Encino, California 91436

Baby Doll, Inc.
16501 Ventura Blvd., #304
Encino, California 91436

BMW Financial Services
P.O. Box 78103
Phoenix, AZ 85062-8103

Body Maxx PTC
8474 West Third Street, Suite 110
Los Angeles, California 90048

Canine Care-A-Van, Inc.
P.O. Box 57015
Sherman Oaks, California 91413

Citibank Advantage
P.O. Box 6402
The Lakes, NV 88901-6402

Comcast
6695 Greeen Valley Circle
Culver City, CA 90230-7024

Cynthia Campos-Greenberg
16501 Ventura Blvd., #304
Encino, California 91436

Edelstein, Laird & Sobel, LLP
9255 Sunset Boulevard
Los Angeles, California 90069

Franchise Tax Board
P.O. Box 942867
Sacramento, California 94267-0001

Gelsons Markets
P.O. Box 30490
Los Angeles, California 90030-0490

Gina Gonzalez-Glubok DDS
900 Wilshire Boulevard, #440
Santa Monica, California 90401

HSBC
445 N. Bradford
Beverly Hills, CA 90210

ICM
8942 Wilshire Boulevard
Beverly Hills, CA 90211

Internal Revenue Service
Ogden, UT 84201-0030

Internal Revenue Service
Ogden, Utah 84201-0030

J. Randall Davis, DDS
4640 Admiralty Way, #101
Marina Del Rey, CA 90292-6626

Jim Blechman, M.D.
1137 2nd Street, #110
Santa Monica, California 90403-5071

L.A.'s Education Station
292 S. La Cienega Blvd., Ste. 322
Beverly Hills, CA 90211

LA Department of Water & Power
P.O. Box 10210
Van Nuys, CA 91410-0210

Leigh Kilton-Smith
2140 Beech Knoll Road
Los Angeles, California 90046

Linda Boverman, M.A.
1341-B N. Olive Drive
West Hollywood, California 90069

MCFC National Bank (Mobil/Exxon)
P.O. Box 4555
Crlstrm, IL 60197-4555

National Financial Systems, Inc.
600 W. John Street
P.O. Box 9046
Hicksville, NY 11801

Nationwide Credit Line
3600 E. University Drive, #B-1350
Phoenix, AZ 85034

NCO Financial Systems, Inc.
P.O. Box 2617
Dept. 64
Guasti, California 91743

Neiman Marcus
1201 Elm Street
27th Floor, Dept. 425
Dallas, Texas 75270

Orkin Exterminating
22010 Wilmington Avenue, Ste. 307
Carson, California 90745-4393

Petville Animal Hospital
12108 Venice Boulevard
Los Angeles, California 90066-3812

Phillip Kash
17133 Orozco Street
Granada Hills, CA 91344

Sandra Breiding
11929 Venice Boulevard, #217
Los Angeles, CA 90066

Southern California Gas Company
P.O Box C
Monterey Park, CA 91756

State Farm Insurance Companies
31303 Agoura Road
Westlake Village, CA 91363-4635

Susanlinn Gibson

Talent Entertainment Group
9111 Wilshire Boulevard
Beverly Hills, California 90210

The Country School
5243 Laurel Canyon Boulevard
N. Hollywood, CA 91607

The K&M Center
1454 Cloverfield Blvd., Ste. 210
Santa Monica, CA 90404

The Odyssey Program
3504 Las Flores Cyn
Malibu, California 90265

Time of Your Life
aka In Entertainment, Inc.
16501 Ventura Blvd., #304
Encino, CA  91436

Transworld Systems Collection
5880 Commerce Boulevard
Rohner Park, CA 84928

Trina A. Stacey, D.C.
1821 Wilshire Blvd., #500
Santa Monica, California 90403

Union 76
P.O. Box 52202
Phoenix, AZ 85072-2202

US Bancorp Card Services
P.O. Box 790408
St. Louis, MO 63179

US Bank/Rocky Mountain
P.O. Box 790408
St. Louis, MO 63179

UTTA
9730 Wilshire Boulevard, #207
Beverly Hills, CA 90212

V4 Video, Inc.
8170 Beverly Boulevard, #106
Los Angeles, California 90048-4533

VCA West Los Angeles
1818 Sepulveda Boulevard
Los Angeles, CA 90025

Verizon
P.O. Box 30001
Inglewood, California 90313-0001

Wells Fargo Card
P.O. Box 30086
Los Angeles, CA 90030

Wells Fargo Card
P.O. Box 29486
Phoenix, AZ 85038-9486

Wells Fargo Card
10789 W. Pico Boulevard
Los Angeles, California 90064